## UNITED STATES DISTRICT COURT
### District of Minnesota

| | |
|---|---|
| Elizabeth A. Sampson and Tracey A. Lane, | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff(s), | |
| v. | Case Number: 18-cv-01622 WMW-TNL |
| Fifth Third Bank, | |
| Defendant(s). | |

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Defendant Fifth Third Bank's motion for judgment on the pleadings in Hendrickson v. Fifth Third Bank et al., Case No. 18-cv-0086, (Dkt. 87), is DENIED;

2. Defendant 11th Hour Recovery, Inc.'s motion for judgment on the pleadings or, in the alternative, summary judgment, in Hendrickson v. Fifth Third Bank et al., Case No. 18-cv-0086, (Dkt. 92), is DENIED;

3. Defendant Fifth Third Bank's motion to dismiss in Sampson et al. v. Fifth Third Bank, Case No. 18-cv-1622, (Dkt. 7), is GRANTED; and

4. Plaintiffs Elizabeth A. Sampson and Tracey A. Lane's complaint in Sampson et al. v. Fifth Third Bank, Case No. 18-cv-1622, (Dkt. 1-1), is DISMISSED WITHOUT PREJUDICE.

Date: 2/21/2019

KATE M. FOGARTY, CLERK

s/M. Price
(By) M. Price, Deputy Clerk